JS-6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JOLIE DE SZIGETHY,<br><br>　　　　Plaintiff,<br><br>v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, ADMINISTRATOR OF THE GERALD J. SULLIVAN & ASSOCIATES LONG TERM DISABILITY PLAN,<br><br>　　　　Defendants. | Case No.  CV11-05151 RGK (CWx)<br><br>(~~PROPOSED~~) ORDER RE STIPULATION FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION AGAINST ALL PARTIES |

　　　IT IS HEREBY ORDER that the above-referenced action shall be dismissed in its entirety with prejudice as to all parties. The parties are to bear their own respective attorneys' fees and costs.

DATED: May 03, 2012                    _____
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4829-3939-5087 v1　　　　- 1 -　　　　CV11-05151 RGK (CWX)
(PROPOSED) ORDER RE STIP. FOR DISMISSAL
OF ENTIRE ACTION W/PREJUDICE